DANIEL G. BOGDEN
United States Attorney
NANCY J. KOPPE
Assistant United States Attorney
333 Las Vegas Blvd South, Suite 5000
Las Vegas, Nevada 89101
(702) 388-6336

FILED ___ RECEIVED ___
ENTERED ___ SERVED ON
COUNSEL/PARTIES OF RECORD

NOV 15

CLERK US DISTRICT COURT
DISTRICT OF NEVADA
BY: _____ DEPUTY

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA
# -oOo-

| | |
|---|---|
| UNITED STATES OF AMERICA, | CRIMINAL INDICTMENT |
| PLAINTIFF, | 2:06-CR-00379-LDG(GWF) |
| VS. | **VIOLATIONS:** |
| ROBERT MYRON LATHAM, | 18 U.S.C. §2252A(a)(1) - Transporting Child Pornography; |
| DEFENDANT. | 18 U.S.C. §2252A(a)(2) - Receipt of Child Pornography; |
| | 18 U.S.C. §2252A(a)(5)(B) - Possession of Child Pornography; |
| | 18 U.S.C. §2253 - Criminal Forfeiture |

**THE GRAND JURY CHARGES THAT:**

### COUNT ONE
Transporting Child Pornography

On or about February 25, 2005, in the State and Federal District of Nevada and elsewhere,

**ROBERT MYRON LATHAM,**

defendant herein, did knowingly mail, transport and ship in interstate and foreign commerce by any means, including by computer, child pornography as defined in Title 18, United States Code, Section 2256(8), and the defendant has a prior conviction under the laws of any State

1  relating to aggravated sexual abuse, sexual abuse, and abusive sexual conduct involving a
2  minor; to wit, Sexual Abuse of a Minor in the First Degree, Sexual Abuse of a Minor in the
3  Second Degree, and Sexual Abuse of a Minor, in violation of Alaska Criminal Statutes § §
4  11.41.434(a)(1), 11.41.436(a)(2), and 11.41.440(a)(2). All in violation of Title 18, United
5  States Code, Section 2252A(a)(1).

## COUNT TWO
### Receipt of Child Pornography

8  From an unknown time to on or about June 1, 2005, in the State and Federal
9  District of Nevada,

10  **ROBERT MYRON LATHAM,**

11  defendant herein, did knowingly receive child pornography, as defined in Title 18, United
12  States Code, Section 2256(8), that had been mailed, shipped and transported in interstate
13  commerce and foreign commerce by any means including by computer; and material
14  containing child pornography, as defined in Title 18, United States Code, Section 2256(8),
15  that had been mailed, shipped and transported in interstate and foreign commerce, by any
16  means including by computer, and the defendant has a prior conviction under the laws of any
17  State relating to aggravated sexual abuse, sexual abuse, and abusive sexual conduct
18  involving a minor; to wit, Sexual Abuse of a Minor in the First Degree, Sexual Abuse of a
19  Minor in the Second Degree, and Sexual Abuse of a Minor, in violation of Alaska Criminal
20  Statutes § § 11.41.434(a)(1), 11.41.436(a)(2), and 11.41.440(a)(2). All in violation of Title
21  18, United States Code, Section 2252A(a)(2).

22  . . .
23  . . .
24  . . .
25  . . .
26  . . .

## COUNT THREE
### Possession of Child Pornography

From an unknown time to on or about June 1, 2005, in the State and Federal District of Nevada,

**ROBERT MYRON LATHAM,**

defendant herein, did knowingly possess any book, magazine, periodical, film, videotape, computer disk and any other material that contained an image of child pornography, as defined in Title 18, United States Code, Section 2256(8), that had been mailed, shipped and transported in interstate and foreign commerce by any means including by computer, and that were produced using materials that had been mailed and shipped and transported in interstate and foreign commerce, by any means including by computer, and the defendant has a prior conviction under the laws of any State relating to aggravated sexual abuse, sexual abuse, and abusive sexual conduct involving a minor; to wit, Sexual Abuse of a Minor in the First Degree, Sexual Abuse of a Minor in the Second Degree, and Sexual Abuse of a Minor, in violation of Alaska Criminal Statutes § § 11.41.434(a)(1), 11.41.436(a)(2), and 11.41.440(a)(2). All in violation of Title 18, United States Code, Section 2252A(a)(5)(B).

. . .

## FORFEITURE ALLEGATION

As a result of committing the offenses in violation of Title 18, United States Code, Sections 2252A(a)(1), 2252A(a)(2) and 2252A(a)(5)(B), set forth above,

**ROBERT MYRON LATHAM,**

defendant herein, shall forfeit to the United States, pursuant to Title 18, United States Code, Sections 2253(a)(1) and 2253(a)(3), all visual depictions described in Title 18, United States Code, Sections 2251, 2251A, 2252, and 2252A and all items containing such visual depictions, which were transported, shipped and received in violation of Title 18, United States Code, Section 2252A and all property, real and personal, used and intended to be used to commit and promote the commission of the aforestated offense, including but not limited to, the following properties: computer images, including movie files, depicting a minor engaging in sexually explicit conduct and the diskettes and hard drives on which they are maintained.

**DATED**: this 15th day of November 2006.

**A TRUE BILL:**

/s/
FOREPERSON OF THE GRAND JURY

DANIEL G. BOGDEN
United States Attorney

NANCY J. KOPPE
Assistant United States Attorney