# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>v.<br><br>ROBERT MYRON LATHAM,<br><br>　　　　Defendant. | Case No. 2:06-cr-379-LDG (GWF)<br><br>**ORDER** |

　　　　The defendant, Robert Myron Latham, was tried by jury and verdict of guilty was returned on September 11, 2008.  Several motions that were filed prior to the trial, and which were resolved or rendered moot during the course of the trial, remain on the Court's docket.  Accordingly, as an administrative matter,

　　　　THE COURT **ORDERS** that the Motion to Strike (#69) is DENIED as moot;

　　　　THE COURT FURTHER **ORDERS** that the Motion in Limine (#94) is DENIED as moot;

　　　　THE COURT FURTHER **ORDERS** that the Motion to Reconsider Denial of Motion to Suppress (#96) is DENIED as moot;

　　　　THE COURT FURTHER **ORDERS** that the Motion in Limine (#107) is DENIED as moot;

1  THE COURT **ADOPTS** the Report and Recommendation of the Magistrate Judge
2  (#121);
3  THE COURT FURTHER **ORDERS** that the Motion to Dismiss for Failing to Preserve
4  Potentially Exculpatory Evidence (#116) is DENIED;
5  THE COURT FURTHER **ORDERS** that the Motion in Limine to Admit Defendant's
6  Admissions in Connection with his Withdraw Plea (#134) is DENIED as moot.

8  DATED this __5__ day of December, 2008.

10  _____
    Lloyd D. George
11  United States District Judge