UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 2:11-cv-00780-LDG (GWF) |
| Plaintiff, | Case No. 2:06-cr-00379-LDG (GWF) |
| v. | **ORDER** |
| ROBERT MYRON LATHAM, | |
| Defendant. | |

The defendant, Robert Myron Latham, has filed an appeal (#203) of this Court's denial (#202) of his petition to vacate, set aside, or correct sentence pursuant to 28 U.S.C. §2255 (#193), and moves for a certificate of appealability (#204). The Court will deny the motion and decline to issue a certificate of appealability as to each ground for relief raised by Latham.

As reasons for the denial, the Court states that Latham did not make a substantial showing that he was denied a constitutional right in any of his claims for relief. Latham's request for relief relating to the alleged alibi witness failed as (a) Latham not only failed to timely disclose his asserted alibi defense to the government and the Court, but even to his own counsel, (b) his own testimony and the report of the asserted alibi witness establish that her testimony would have served only to confirm Latham's perjury regarding the alibi,

and (c) ultimately the asserted alibi was irrelevant to the charged conduct of which Latham was convicted. Latham's requests for relief relating to the Government's forensic computer expert witness failed as Latham's arguments rested on mis-statements of the expert's testimony and speculation. Latham's request for relief arising from his November 2006 indictment failed for the same reason as it also rested upon unfounded speculation. Latham's request for relief for failure to investigate failed as it not only rested on unfounded speculation, but rested upon allegations and arguments contradicted by the record.

Accordingly,

THE COURT **ORDERS** that Defendant's Motion for Certificate of Appealability (#204) is DENIED;

THE COURT **DECLINES** to issue a certificate of appealability as to every ground for relief asserted by the Defendant in his 28 U.S.C. §2255 petition.

DATED this ___ day of March, 2012.

_____
Lloyd D. George
United States District Judge